**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7      IN THE UNITED STATES DISTRICT COURT
8      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  UNITED STATES OF AMERICA,                    No. CR 04-40106 SBA
11             Plaintiff,                        **ORDER**
12     v.
13  CLARENCE WALKER,
14             Defendant.
15  _____/
16     For good cause showing,
17     IT IS HEREBY ORDERED THAT the above-captioned case shall be included in the
18  Electronic Case Filing Program.
19     IT IS SO ORDERED.
20  Dated: 6/5/06
21                                               SAUNDRA BROWN ARMSTRONG
                                                 United States District Judge
22
23
24
25
26
27
28