IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CLARENCE WALKER,<br><br>        Defendants. | Case No. CR 04-40106 SBA<br><br>**ORDER RE: STATUTORY WITNESS FEES, TRAVEL COSTS AND LODGING EXPENSES** |

      This matter comes before the Court on Defendant's application for issuance of a subpoena. Defendant requests that the Court authorize issuance of a subpoena for fact witness Special Agent Doreen Moore (formerly Doreen Schulz) as well as payment of fees and costs incurred by these witnesses in connection with her appearance before the Court pursuant to the subpoena.

      Federal Rule of Criminal Procedure 17(b) provides a mechanism by which a defendant who is unable to pay the relevant costs and fees may apply *ex parte* for an order directing that a subpoena be issued. Fed. R. Crim. P. 17(b). Specifically, Rule 17(b) states that "[u]pon a defendant's *ex parte* application, the court must order that a subpoena be issued for a named witness if the defendant shows an inability to pay the witness' fees and the necessity of the witness' presence for an adequate defense." *Id.* If the Court orders the subpoena to be issued, the process costs and witness fees are paid in the same manner as for a witness pursuant to a government subpoena. *Id.* The defendant

bears the burden of proving that the witness' testimony is necessary to his defense. *United States v. Smith*, 637 F.2d 625, 627 (9th Cir. 1980).

In the present case, defense counsel declares that she has been appointed to represent Defendant under the Criminal Justice Act, 18 U.S.C. § 3006A. Defense counsel also avers that the testimony of Special Agent Doreen Moore (formerly Schulz) is necessary for a fair trial for Defendant. Defendant has made the requisite showing of an inability to pay the witness' fees and the necessity of the witness' presence for an adequate defense.

Accordingly,

IT IS HEREBY ORDERED THAT Defendant's request for a subpoena and witness fees and costs with respect to Special Agent Doreen Moore is GRANTED. The U.S. Marshal's Office shall pay statutory witness fees, travel costs and lodging expenses for Special Agent Moore.

IT IS SO ORDERED.

Dated: _6/7/06

Honorable Saundra B. Armstrong
U.S. DISTRICT COURT JUDGE