UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR 04-40106-01 SBA |
|                   Plaintiff,  ) | **ORDER** |
|         vs.  ) | |
| CLARENCE WALKER  ) | |
|                   Defendant.  ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 12th day of September, 2006, be continued until the 28th day of November, 2006, at 10:00 a.m.

IT IS SO ORDERED.

Dated: 8/14/06

SAUNDRA BROWN ARMSTRONG
United States District Judge