**United States District Court**
For the Northern District of California

1
2
3
4      IN THE UNITED STATES DISTRICT COURT
5      FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7  CLARENCE WALKER,                    No. C 09-02770 SBA
8           Petitioner,                2255 MOT.- SEE CR 04-40106 SBA
9       v.                             **ORDER SETTING BRIEFING SCHEDULE**
10 UNITED STATES OF AMERICA,
11          Respondent.
12                                   /
13
14      Following a jury trial, Petitioner Clarence Walker was convicted of convicted of one count
15 of conspiracy in violation of 18 U.S.C. § 371 and one count of causing the failure to file currency
16 transaction reports in violation of 131 U.S.C. §§ 5324(a)(1) and (d)(1).  Petitioner appealed to the
17 Ninth Circuit Court of Appeals, which affirmed his conviction on June 23, 2008.  On June 22, 2009,
18 Petitioner filed a motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.  (Docket
19 159.)  On September 24, 2009, Petitioner filed a memorandum and exhibits in support of his pro se
20 2255 motion.  (Docket 163.)  Accordingly,
21      IT IS HEREBY ORDERED THAT the United States shall file and serve an opposition to
22 Petitioner's motion by no later than **November 30, 2009**.   If Petitioner desires to submit a reply
23 brief, he shall do so by no later than **December 30, 2009**.  The matter will be deemed submitted on
24 the date the Reply is due.
25      IT IS SO ORDERED.
26
27 Dated: September 30, 2009            SAUNDRA BROWN ARMSTRONG
                                        United States District Judge
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CLARENCE WALKER,

   Plaintiff,

 v.

USA et al,

   Defendant.

Case Number: CV09-02770 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clarence Walker 93672-011
Cornell Correctional Facility
111 Taylor Street
San Francisco, CA 94102

Dated: September 30, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk