IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE WALKER,<br><br>    Petitioner,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C 09-02770 SBA<br><br>2255 MOT.- SEE CR 04-40106 SBA<br><br>**ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME**<br><br>Docket 2 |

    Good cause appearing,

    IT IS HEREBY ORDERED THAT the United States' motion for an extension of time to file its response to Petitioner's motion under 28 U.S.C. section 2255 is GRANTED.  The United States shall file its response by no later than **May 21, 2010**.  If Petitioner desires to submit a reply brief, he shall do so by no later than **June 4, 2010**.  The matter will be deemed submitted on the date the Reply is due.  This Order terminates Docket No. 2.

    IT IS SO ORDERED.

Dated: April 2, 2010

                                                            SAUNDRA BROWN ARMSTRONG
                                                             United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CLARENCE WALKER,

        Plaintiff,

v.

USA et al,

        Defendant.

Case Number: CV09-02770 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clarence Walker
2601 Nuestra Castillo Court
Apt. 2206
San Jose, CA 95127

Dated: April 5, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2