**1**  UNITED STATES DISTRICT COURT

**2**  FOR THE NORTHERN DISTRICT OF CALIFORNIA

**3**  OAKLAND DIVISION

**4**

| | |
|---|---|
| **5** CLARENCE WALKER, | Case No: C 09-2770 SBA |
| **6** Petitioner, | 2255 MOT. – See CR 04-40106 SBA |
| **7** vs. | **ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |
| **8** UNITED STATES OF AMERICA, | |
| **9** Respondent. | |

**10**

**11**  On September 27, 2012, the Court denied Petitioner's Motion under 28 U.S.C.

**12** § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.  In its

**13** order denying said motion, the Court made a finding that a Certificate of Appealability

**14** ("COA") was not warranted.  Dkt. 175 at 9-10.  The Court explained that it "has reviewed

**15** the record of this case and finds that the issues are not debatable among jurists of reason."

**16** Id. (citing Lambright v. Stewart, 220 F.3d 1022, 1024-25 (9th Cir. 2000)).

**17**  On November 1, 2012, Petitioner filed a Notice of Appeal and a request for a COA,

**18** the latter of which the Court liberally construes a request for reconsideration.  "A motion

**19** for reconsideration should not be granted, absent highly unusual circumstances, unless the

**20** district court is presented with newly discovered evidence, committed clear error, or if there

**21** is an intervening change in the controlling law."  389 Orange Street Partners v. Arnold, 179

**22** F.3d 656, 665 (9th Cir. 1999).  None of these grounds is presented in Petitioner's motion.

**23** In addition, Petitioner has otherwise failed to persuade the Court that the denial of his

**24** motion under 28 U.S.C. § 2255 raises issues that are debatable among jurists of reason.

**25** Lambright, 220 F.3d at 1024-25.  Accordingly,

**26**

**27**

**28**

G:\lc2\kei..\2255

1     IT IS HEREBY ORDERED THAT Petitioner's request for a COA is DENIED.

2     IT IS SO ORDERED.

3 Dated: November 13, 2012

                                              SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CLARENCE WALKER,

        Plaintiff,

 v.

USA et al,

        Defendant.
_____/

Case Number: CV09-02770 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 21, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clarence Walker
2601 Nuestra Castillo Court
Apt. 2206
San Jose, CA 95127

Dated: November 21, 2012
                              Richard W. Wieking, Clerk

                                  By: Lisa Clark, Deputy Clerk